IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | | |
|---|---|---|
| BEATRIZ E. EBEL, <br> Individually and as <br> Personal Representative of the <br> Estate of PHILIP WAYNE EBEL, <br> Deceased, <br> Plaintiff, | § <br> § <br> § <br> § <br> § <br> § <br> § | |
| vs. | § | CIVIL ACTION NO. B-03-102 |
| GLAXOSMITHKLINE, <br> Defendant. | § <br> § <br> § | JURY TRIAL DEMANDED |

United States District Court
Southern District of Texas
FILED

JUN 1 6 2003

Michael N. Milby
Clerk of Court

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

1. Counsel of Record for the Plaintiff certifies that the following is a full and complete list of all parties in this action:

   a. Plaintiff, Beatriz E. Ebel; and

   b. Defendant, Glaxo SmithKline.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   a. Beatriz E. Ebel
      48 Casa de Amigos
      Brownsville, TX 78521

   b. Michael R. Cowen
      520 E. Levee
      Brownsville, TX 78520

   c. Arnold A. Vickery
      10000 Memorial Drive, Suite 888
      Houston, TX 77024

    d.    GlaxoSmithKline

    e.    Andrew T. Bayman
           King & Spalding, L.L.P.
           191 Peachtree St.
           Atlanta, GA 30303

3.    The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a.    <u>Counsel for Plaintiff:</u>
           Arnold A. Vickery
           10000 Memorial Drive, Suite 888
           Houston, TX 77024

    b.    <u>Co-Counsel for Plaintiff:</u>
           Michael R. Cowen
           520 E. Levee
           Brownsville, TX 78520

    c.    <u>Counsel for Defendant:</u>
           Andrew T. Bayman
           King & Spalding, L.L.P.
           191 Peachtree St.
           Atlanta, GA 30303

Respectfully submitted,

ARNOLD ANDERSON VICKERY, P.C.

_____
Andy Vickery
SBOT No. 20571800
P. O. Box 4340
Houston, Texas 77210
Telephone: 713-683-1209
Facsimile: 713-683-1294
Email: <u>andy@justiceseekers.com</u>