UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br>Plaintiffs,<br>v.<br>GLAXOSMITHKLINE,<br>Defendant. | CIVIL ACTION NO. B-03-102 |

### STIPULATION OF EXTENSION OF TIME

Plaintiffs Beatrice Ebel, individually and in her representative capacity, and Defendant GlaxoSmithKline ("GSK") hereby stipulate and agree that the time within which GSK is required to answer, plead, counterclaim, or otherwise respond to Plaintiffs' Complaint shall be extended for a period of sixty (60) days, to and through October 7, 2003. The Court's approval of the parties' stipulation extending time for GSK to serve its Answer or other responsive pleading is hereby requested.

Respectfully submitted, this 8th day of August, 2003.

Michael R. Cowen
State Bar No. 00793306
Federal ID. 19967
520 E. Levee
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

Andy Vickery
State Bar No. 20571800
10000 Memorial Drive, Suite 888
Houston, Texas 77024
Telephone: (713) 683-1209
Facsimile: (713) 683-1294

ATTORNEYS FOR PLAINTIFFS

Jaime A. Saenz
Texas State Bar No. 17514859
Federal ID. 7630
Rodriguez Colvin & Chaney L.L.P.
Post Office Box 2155
1201 East Van Buren
Brownsville, Texas 78522-2155
Telephone: (956) 542-7441
Facsimile: (956) 542-2170

ATTORNEY FOR DEFENDANT
GLAXOSMITHKLINE