UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br>　　　Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE,<br>　　　Defendant. | CIVIL ACTION NO. B-03-102 |

**CONSENT ORDER EXTENDING TIME FOR DEFENDANT GLAXOSMITHKLINE TO ANSWER OR RESPOND TO PLAINTIFFS' COMPLAINT**

It appearing to the Court that the parties have consented hereto, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time within which Defendant GlaxoSmithKline is required to answer, plead, move, counterclaim or otherwise respond to Plaintiffs' Complaint in the above-styled action, including the filing of all answers, pleadings, motions, affirmative defenses, jurisdictional defenses and other responses, be and the same hereby is extended through and including October 7, 2003.

SO ORDERED, this ___13___ day of August, 2003.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

CONSENTED TO:

_[signature]_
Michael R. Cowen
State Bar No. 00795306
Federal ID. 19967
520 E. Levee
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

Andy Vickery
State Bar No. 20571800
10000 Memorial Drive, Suite 888
Houston, Texas 77024
Telephone: (713) 683-1209
Facsimile: (713) 683-1294

ATTORNEYS FOR PLAINTIFFS

_[signature]_
Jaime A. Saenz
Texas State Bar No. 17514859
Federal ID. 7630
Rodriguez Colvin & Chaney L.L.P.
Post Office Box 2155
1201 East Van Buren
Brownsville, Texas 78522-2155
Telephone: (956) 542-7441
Facsimile: (956) 542-2170

ATTORNEY FOR DEFENDANT
GLAXOSMITHKLINE