UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. B-03-102<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO STAY THE PROCEEDINGS

In accordance with Federal Rule of Civil Procedure 7(b) and Southern District of Texas Local Rule 7, Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and Beatrice Ebel, individually and as the personal representative of the Estate of Philip Wayne Ebel ("Plaintiffs") (Defendant and Plaintiff collectively, the "Parties") file this Joint Motion to Stay the Proceedings, and respectfully state as follows:

The Parties are currently discussing the possibility of settlement of the claims asserted by Plaintiffs in this case. The Parties have engaged in ongoing and extensive informal discovery, and meaningful discussions regarding the claims asserted by Plaintiffs. The Parties expect the informal discovery and settlement discussions will continue in the coming months. In the interests of promoting judicial economy and swift resolution of the present controversy, the Parties jointly request a sixty-day stay of all proceedings related to this case, including, without

limitation, a continuance of the scheduling conference presently set for Monday, October 20, 2003.

The Court enjoys broad discretion over the administration of its cases. See, e.g., Macklin v. City of New Orleans, 293 F.3d 237, 240 (5th Cir. 2002) (discussing the lenient standard with which a district court's administrative handling of a case is reviewed on appeal, including administrative stays and extensions related to the handling of the district court's own scheduling). Here, the requested sixty-day stay will allow the Parties to focus exclusively on the pending negotiations. The stay will additionally promote judicial economy by relieving the Court of the need to conference with the parties regarding the scheduling of deadlines that may be ultimately mooted by successful negotiations. Finally, the requested sixty-day stay may alleviate the Court's need to expend valuable judicial resources considering Plaintiff's claims

Accordingly, the Parties respectfully request that the Court stay these proceedings for no less than sixty (60) days and, in particular, continue the status conference presently scheduled for October 20, 2003 (or, alternatively, allow the parties to attend by telephone).

Submitted, this 6th day of October, 2003.

Andy Vickery
Texas State Bar No. 20571800
10000 Memorial Drive, Suite 888
Houston, Texas 77024
Telephone: 713-683-1205
Facsimile: 713-683-1204

ATTORNEY FOR PLAINTIFFS

Jaime A. Saenz
Texas State Bar No.
Rodriguez Colvin & Chaney L.L.P.
Post Office Box 2155
1201 East Van Buren
Brownsville, Texas 78522-2155
Telephone: 956-542-7441
Facsimile: 956-542-2170

ATTORNEY FOR DEFENDANT
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. B-03-102<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER GRANTING
## JOINT MOTION TO STAY THE PROCEEDINGS

On this date came on for consideration the Parties Joint Motion to Stay the Proceedings. Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED.**

**IT IS, THEREFORE, ORDERED** that all proceedings and/or deadlines in this case shall be stayed for no less than sixty (60) days from the date this Order is executed.

**IT IS FURTHER ORDERED** that the Status Conference presently scheduled for October 20, 2003 is reset for _____, at _____ a.m./p.m.

**IT IS FURTHER ORDERED** that the Parties shall jointly notify the Court, in writing, within (60) days of the execution of this Order of the status of the settlement negotiations.

**SIGNED** on this the _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE