UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE,<br><br>　　　　Defendant. | CIVIL ACTION NO. B-03-102 |

## CORPORATE DISCLOSURE STATEMENT

NOW COMES Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline, (hereinafter "GSK"), pursuant to Fed. R. Civ. P. 7.1, and makes the following disclosures:

**1.　The name of any parent corporation and any publicly held corporation that owns 10% or more of GSK's stock:**

SmithKline Beecham Corporation, which does business as GlaxoSmithKline, is owned, through several levels of wholly owned subsidiaries, by GlaxoSmithKline plc, a public limited company incorporated in England and Wales. To the knowledge of GSK and GlaxoSmithKline plc, none of the shareholders of GlaxoSmithKline plc owns beneficially ten percent or more of its outstanding shares.

The following entities are parents, trusts, subsidiaries and/or affiliates of SmithKline Beecham Corporation that have issued shares or debt securities to the public or own more than ten percent of the stock of SmithKline Beecham Corporation: SmithKline Beecham Holdings Corporation (U.S.); SmithKline Beecham Consumer Healthcare Limited (India); SmithKline

Beecham Pharmaceuticals (India) Limited; SmithKline Beecham Nigeria, plc (Nigeria); Smith Kline & French of Pakistan Limited (Pakistan); GlaxoSmithKline plc; Glaxo Wellcome Egypt S.A.E.; Burroughs Wellcome (India) Limited; Glaxo India Limited; Glaxo Wellcome Bangladesh Limited; Glaxo Wellcome Pakistan Limited; Glaxo Wellcome Ceylon Limited (Sri Lanka); Glaxo Wellcome Biochem Inc. (Canada); and Evans Medical plc (Nigeria).

This ____ day of October, 2003.

Respectfully submitted,

SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE

By: _____
Jaime A. Saenz

OF COUNSEL:
Jaime A. Saenz
Texas State Bar No. 17514859
Federal ID. 7630
Rodriguez Colvin & Chaney, L.L.P.
Post Office Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155
Telephone: (956) 542-7441
Facsimile: (956) 542-2170

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. B-03-102 |
| v. | ) ) | |
| GLAXOSMITHKLINE, | ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT SMITHKLINE BEECHAM CORPORATION'S, d/b/a GLAXOSMITHKLINE'S CORPORATE DISCLOSURE STATEMENT**, on counsel of record by depositing a copy of same in the U.S. Mail addressed as follows:

> Michael R. Cowen
> 520 E. Levee
> Brownsville, Texas 78520
>
> Andy Vickery
> 10000 Memorial Drive, Suite 888
> Houston, Texas 77024

This 6th day of October, 2003.

Jaime A. Saenz