UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 5 2003

Michael N. Milby
Clerk of Court

BEATRICE EBEL, Individually and )
as Personal Representative of )
the Estate of PHILIP WAYNE )
EBEL, Deceased, )
)
Plaintiffs, )
) CIVIL ACTION NO. B-03-102
v. )
)
GLAXOSMITHKLINE, )
)
Defendant. )
)

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ~~PROPOSED~~ ORDER GRANTING
## JOINT MOTION TO STAY THE PROCEEDINGS

On this date came on for consideration the Parties Joint Motion to Stay the Proceedings. Having considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

**IT IS, THEREFORE, ORDERED** that all proceedings and/or deadlines in this case shall be stayed for ~~no less than~~ sixty (60) days from the date this Order is executed.

**IT IS FURTHER ORDERED** that the ~~Status~~ _INITIAL PRE-TRIAL_ Conference presently scheduled for October 20, 2003 is reset for _January 20, 2004_, at _2:00_ ~~a.m.~~/p.m.

**IT IS FURTHER ORDERED** that the Parties shall jointly notify the Court, in writing, within (60) days of the execution of this Order of the status of the settlement negotiations.

**SIGNED** on this the _15th_ day of _October_, 2003.

_____
UNITED STATES DISTRICT JUDGE