# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Levesque |
| DATE | 01 — 20 — 04 |
| TIME | ___ a.m. — ___ a.m. <br> 2:00 p.m. — 2:15 p.m. |
| CIVIL ACTION | B — 03 — 102 |
| STYLE | BEATRIZ E. EBEL <br> *versus* <br> GLAXO SMITHKLINE |



United States District Court
Southern District of Texas
FILED

JAN 20 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;        (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):            Michael Raphael Cowen
Attorney(s) for Defendant(s):            Jaime Arturo Saenz

---

Comments:

Saenz: One adverse adjudication related to Paxil. Just because there was an adverse judgment does not mean there is collateral estoppel. There are currently other cases involving GSK. This will be an expert intensive case. They are open to settlement talks as more discovery takes place.

Court: Parties to submit joint scheduling order.