13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

BEATRICE EBEL, Individually and          §
as Personal Representative of            §
the Estate of PHILIP WAYNE               §
EBEL, Deceased,                          §
                                         §
          Plaintiff,                     §
                                         §        CIVIL ACTION NO. B-03-102
v.                                       §
                                         §
GLAXOSMITHKLINE,                         §
                                         §
          Defendant.                     §

## SCHEDULING ORDER

        Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court,

the following schedule is established for this case.

        1.      Motions to join other parties and amend the pleadings (Fed. R. Civ. P.

16(b)(1)) shall be filed no later than February 23, 2004.

        2.      Plaintiff shall file and serve a document identifying by full name, address,

and telephone number each person whom Plaintiff expects to call as an expert at trial and

certifying that a written report prepared and signed by the expert including all

information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by

June 15, 2004.

        3.      Defendant shall file and serve a document identifying by full name,

address, and telephone number each person whom Defendant expects to call as an expert

at trial and certifying that a written report prepared and signed by the expert including all

information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by

August 15, 2004.

     4.    Discovery shall be completed no later than September 30, 2004. All discovery requests shall be served in time for the responses thereto to be served by this date.



Andy Vickery
Texas Bar No. 2071800
10000 Memorial Drive, Suite 888
Houston, Texas 77024
Telephone:  (713) 683-1209
Facsimile:  (713) 683-1294
*Counsel for Plaintiffs*


RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.


By:   _____   by Chris Moore
       Jaime A. Saenz                      36611
       State Bar No.  17514859
       1201 East Van Buren
       P.O. Box 2155
       Brownsville, Texas 78522
       Telephone:  (956) 542-7441
       Facsimile:  (956) 541-2170

       and

       Andy Bayman
       King & Spalding, L.L.P.
       191 Peachtree Street
       Atlanata, Georgia 30303-1763
       Telephone:  (404) 572-4600
       Facsimile:  (404) 572-5100
       *Counsel for Defendant*

3