UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE, <br><br> Defendant. | CIVIL ACTION NO. B-03-102 |

## DEFENDANT SMITHKLINE BEECHAM CORPORATION'S, d/b/a GLAXOSMITHKLINE'S INITIAL DISCLOSURES

Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline (hereinafter "GSK"), pursuant to Fed. R. Civ. P. 26(a)(1), makes the following initial disclosures:

(A)   **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Dr. Alan Metz, Vice President, Clinical Development and Medical Affairs, Regional Head and Global Leader, Psychiatry Therapeutics Area, GlaxoSmithKline; and Dr. David E. Wheadon, Senior Vice President, United States Regulatory Affairs for GlaxoSmithKline, both of whom may testify on the safety and efficacy of Paxil. GSK will supplement this disclosure as required by Fed. R. Civ. P. 26 and the Court's Scheduling Order.

(B)   **A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Subject to entry of an appropriate protective order, GSK may use relevant portions of the

- 2 -

Paxil® Investigational New Drug ("IND") and New Drug Applications ("NDA") (collectively referred to as "NDA") files, which are located at GSK's facility in Philadelphia, Pennsylvania, to support its position in this litigation. The NDA files include comprehensive information about the development, manufacturing, packaging, labeling, marketing and clinical experience regarding Paxil, and all correspondence to or from the FDA concerning the drug. The IND includes detailed documentation describing the physical, chemical, pharmacological and biological characteristics of Paxil; methods of preparation; methods of assuring identity, strength, quality and purity; manufacturing process; prior toxicological and pharmacological data from pre-clinical testing and any description of prior experience with Paxil in humans. Protocols for all IND clinical studies are included, as well as information about each clinical investigator and study site, an assurance of institutional review board approval and a sample patient consent form. Final clinical reports are submitted to FDA and included in the IND as clinical protocols are completed. Any new protocols are submitted to the FDA with investigator documentation and added to the IND. There are specific requirements for the reporting of adverse events experienced during clinical studies, depending upon the nature and severity of the event being reported. These safety reports also are included in the IND. The NDA also includes comprehensive preclinical, toxicological, pharmacological, pharmacokinetic, chemical, manufacturing and clinical data about Paxil. There is a full description of the drug substance, including physical and chemical characteristics, identity of manufacturer and process controls and manufacturing information; a summary of animal and in vitro studies including pharmacological actions of the drug and toxicological effects; a description of human pharmacokinetics and bioavailability; microbiology (if applicable to the product); and clinical data. The clinical data includes a description and analysis of each clinical study and description

and analysis of any other data or information relevant to an evaluation of the safety and effectiveness of the drug obtained by the manufacturer from any source, foreign or domestic. The NDA also includes the proposed labeling, which appears in a format prescribed by federal regulations, and all correspondence to or from FDA concerning the proposed labeling. The NDA contains information on the controlled clinical trials conducted on Paxil®, including the names of the studies; the protocols which were utilized; the results of the studies; and the adverse events that were reported during the clinical trials. The NDA also contains information about the researchers who conducted controlled clinical trials on Paxil, which were sponsored by GSK. Ongoing regulatory requirements mandate the submission to FDA of adverse event reports of which the manufacturer becomes aware, including reports from anywhere in the world which meet the regulatory criteria, and these reports are included in the NDA. The NDA also includes periodic reports about the use of the product (periodic safety updates), the results of any additional studies that may have been conducted after FDA approval, changes in the manufacturing process, and any changes in the labeling of the product. The periodic reports continue over the entire time that the product is marketed. Advertising and promotional materials also are submitted to FDA at the time of first use (if not pre-cleared) and included in the NDA.

Without limiting any of the foregoing, subject to entry of an appropriate protective order, GSK also may rely upon Clinical Safety reviews of aggression and/or forms of alleged violence completed in 1996, 1999, and 2000.

Without limiting any of the foregoing, GSK also may rely on the transcripts of meetings of the Psychopharmacological Drugs Advisory Committee of the U.S. Food and Drug Administration, dated September 20, 1991, and October 5, 1992, and correspondence and

memoranda issued by the FDA following those meetings and relating to those meetings.

Without limiting any of the foregoing, GSK also may rely on the following articles found in the published literature:

Annsseau M. et al., Controlled comparison of paroxetine and fluvoxamine in major depression, *Human Psychopharmacology* 9:329-36 (1994)

Arminen SL et al., A 12-week double-blind multi-centre study fo paroxetine and imipramine in hospitalized depressed patients, *Acta Psychiatr. Scand.* 89:382-89 (1994)

Bagby RM et al., Selective alteration of personality in response to noradrenergic and serotonergic antidepressant medication in depressed sample: evidence of non-specificity, *Psychiatry Res.* 86(3):211-16 (1999)

Castrogiovanni P et al., Fluoxetine reduces aggressive behavior in depressive outpatients, *New Trends in Exp. Clin. Psychiatry* 8(2):57-62 (1992)

Chouinard G et al., A Canadian multicenter double-blind study of paroxetine and fluoxetine in major depressive disorder, *J. Affect. Disord.* 54(1-2):39-48 (1999)

Coccaro EF et al., Serotonergic studies in patients with affective and personality disorders, *Arch. Gen. Psychiatry* 46:587-99 (1989)

Suicidal Behavior and Psychotropic Medication, Accepted as a Consensus Statement by the ACNP Council, March 2, 1992, *Neuropsychopharmacol.* 8(2):178-83 (1993).

Cusack B. Nelson A. Richelson E. Binding of antidepressants to human brain receptors: focus on newer generation compounds. *Psychopharmacology (Berl)* 1994; 114(4): 559-65.

Davanzo PA, Belin TR, Widawski MH, King BH. Paroxetine treatment of aggression and self-injury in persons with mental retardation. *Am. J Mental Retardation* 1998; 102(5): 427-37

Dechant KL, Clissold SP. Paroxetine: a review of its pharmacodynamics and pharmacokinetic properties, and therapeutic potential in depressive illness. *Drugs* 1991; 41(2): 225-53.

DeDeurwaerdere P, Stinus L. Spampinato U. Opposite change of in vivo dopamine release in the rat nucleus accumbens and a striatum that follows electrical stimulation of dorsal raphe nucleus: role of 5-HT3 receptors. *J. Neurosci* 1998; 18(16): 6528-38.

DeWilde J, Spiers R, Mertens C, Bartholome F, Schotte G. Leyman S. A double-blind, comparative, multicentre study comparing paroxetine with fluoxetine in depressed patients. *Acta Psychiatr Scand* 1993; 87(2): 141-5.

Edwards JG, Anderson J. Systematic review and guide to selection of selective serotonin

reuptake inhibitors. *Drugs* 1999; 57(4): 507-33.

Frazer A. Norepinephrine involvement in antidepressant action. *J Clin Psychiatry* 2000; 61(Supp 10): 25-30

Frazer A. Pharmacology of antidepressants. *J Clin Psychopharmacol* 1997; 17(2) ( Suppl 1): 2S-18S

Frazer A, Hensler JG. Serotonin. In: Seigel *GJ et al. eds., Basic Neurochemistry: Molecular, Cellular and Medical Aspects, 6th Edition*. Texas: Lippincon-Ranen Publishers 1999; 263-92.

Gagiano CA. A double blind comparison of paroxetine and fluoxetine in patient with major depression. *Br J Clin Res* 1993; 4:145-52

Garrison GB, Lenin DM. Factors affecting prescribing of the newer antidepressants. *Ann Pharmacotherapy* 2000; 34:10-14

Ghose K, The pharmacokinetics of paroxetine in elderly depressed patients. *Acia Psychiatr Scand* 1989. 80 (Suppl. 350); 87-88.

Heiligenstein JH, Coccaro EF, Potvin JH, Beasley CM, Dormseif BE, Masica DN. Fluoxetine not associated with increased violence or aggression in controlled clinical trials. *Ann Clin Psychiatry* 1992; 4:285-295

Higley JD, Mehlman PT, Taub DM, Higley SB, Suomi SJ, Vickers JH, Linnoila M. Cerebrospinal fluid monoamine and adrenal correlates of aggression in free-ranging rhesus monkeys. *Arch Gen Psychiatry* 1992; 49(6): 436-41

Hilberg T, Rodge S, Morland J. Postmortem drug redistribution - human cases related to results in experimental animals. *J. Forensic Sci* 1999; 44(1): 3-9

Holzbauer M, Vogt M. Depression by reserpine of the noradrenaline concentration in the hypothalamus of the cat. *J Neurochem* 1956; 1:1-7

Kahn RS, Davidson M, Knott P, Stern RG, Apter S. Davis KL. Effect of neuroleptic medication on cerebrospinal fluid monoamine metabolite concentrations in schizophrenia. *Arch Gen Psychiatry* 1993; 50:599-605

Kasper S. The place of milnacipran in the treatment of depression. *Human Psychopharmacology* 1997; 12:S135-41

Katz MM, Koslow SH, Frazer A. Onset of antidepressant activity: reexamining the structure of depression and multiple actions of drugs. *Depression and Anxiety* 1996/1997; 4:257-267

Kaye CM, Haddock RE, Langley PF, Mellows TCG, Zussman, Greb WH. A review of the metabolism and pharmacokinetics of paroxetine in man. *Acta Psychiatr Scand* 1989,80 (Suppl.

350); 60-75

Kiev A. Feiger A. A double-blind comparison of fluvoxamine and paroxetine in the treatment of depressed outpatients. *J Clin Psychiatry* 1997; 58(4): 146-52

Knutson B, Wolkowitz OM, Cole SW, Chan T, Moore EA, Johnson RC, Terpstra J, Turner RA, Reus VI. Selective alteration of personality and social behavior by serotonergic intervention. *Am J Psychiatry* 1998; 155(3): 373-9

Kuhs H, Schlake HP, Rolf LF, Rudolf GAE. Relationship between parameters of serotonin transport and antidepressant plasma levels or therapeutic response in depressive patients treated with paroxetine and amitriptyline. *Acta Psychiatr Scand* 1992; 85:3:364-369

Little JT, Ketter TA, Mathe AA, Frye MA, Luckenbough D, Post RM. Venlafaxine but not bupropion decreases cerebrospinal fluid 5-Hydroxyindoleacetic acid in unipolar depression *Biol Psychiatry* 1999; 45:285-9

Luby E. Reserpine-like drugs - clinical efficacy. In: Efron DH, Cole JO, Levine J, Wittenborn JR, eds., Psychopharmacology A review of progress. 1957-1967. *The proceedings of the 6th annual meeting of the American College of Neuropsychopharmacology*, Puerto Rico, 1967:1077-82. 1967:1077-82

Lund J, Lomhold, Fabricius J, Christensen JA, Bechgaard. Paroxetine: pharmacokinetics, tolerance and depletion of blood 5-HT in man. *Acta Pharmacol* 1979; 44:289-95.

Lundmark J, Scheel Thomsen I, Fjord-Larsen T, *et al.* Paroxetine: pharmacokinetic and antidepressant effect in the elderly. *Acta Psychiatr Scand* 1989; 80 (Suppl. 350): 76-80.

Mendels J and Frazer A. Brai biogenic amine depletion and mood. *Arch Gen Psychiatry* 1974; 30:447-451

Millan MJ, Lejeune F, Gobert A. Reciprocal autoreceptor and heteroceptor control of serotonergic, doparminergic and noradrenergic transmission in the frontal cortex: relevance to the actions of antidepressant agents. *J Psychopharmacology* 2000:14(2): 114-138

Mitchell PJ. Redfern PH. Potentiation of the time-dependent, antidepressant-induced changes in the agonistic behaviour of resident rats by the 5-HT, receptor antagonist, WAY-100635. *Behavioural Pharmacology* 1997; 8(6-7): 585-606

Nemeroff CB. The clinical pharmacology and use of paroxetine, a new selective serotonin reuptake inhibitor. *Pharmacotherapy* 1994; 14(2): 127-138.

Olivier B. Mos J. Rodent models of aggressive behavior and serotonergic drugs. *Prog. Neuro-Psychopharmacol. & Biol. Psychiat.* 1992; 16:847-870

Ontiveros A. Garcia-Barriga C. A double-blind, comparative study of paroxetine and fluoxetine

in out-patients with depression. *Br J Clin Res* 1997; 8:23-32

Owens MJ, Morgan WN, Plott SJ, Nemeroff CB. Neurotransmitter receptor and transporter binding profile of antidepressants and their metabolities. *J. Pharmacol Exp Ther* 1997; 268:7231-7237.

Pletscher A, Shore P.A., Brodie BB. Serotonin as a mediator of reserpine action in brain. *J Pharmaco Exp therap* 1956; 116:84-89

Preskorn SH. Clinical pharmacology of selective serotonin reuptake inhibitors. *Professional Communications, Inc. First Edition* 1996

Preskorn SH, Magnus RD. Inhibition of hepatic P-450 isoenzymes by serotonin selective reuptake inhibitors: in vitro and in vivo findings and their implications for patient care. *Psychopharmacology Bulletin* 1994; 30(2)251-59

Raptopoulos GR, McClelland GR, Jackson D. The clinical pharmacology of paroxetine in healthy subjects. *Acta Psychiatr Scand* 1989; 80 (Suppl. 350): 46-48.

Rickels K, Schweizer E. Clinical overview of serotonin reuptake inhibitors. *J. Clin Psychiatry* 1990; 51( Suppl B): 9-12

Rudofer MV, Manji HK, Potter WZ. Comparative tolerability profiles of the newer versus older antidepressants. *Drug Safety* 1994; 10(1); 18-46

Sanchez C. Hytel J. Isolation-induced aggression in mice: effects of 5-hydrozytryptamine uptake inhibitors and involvement of postsynaptic 5-HT, receptors. *European Journal of Pharmacology* 1994; 264:241-247

Sanchez C, Meier E. Behavioral profiles of SSRIs in animal models of depression, anxiety and aggression. *Psychopharmacology* 1997; 129:197-205

Schone W, Ludwig M. A double-blind study of paroxetine compared with fluoxetine in geriatric patients with major depressions. *J Clin Psychopharmacol* 1993; 13(6 Suppl 2)34S-39S.

Spigset O. Adverse reactions of selective serotonin reuptake inhibitors. *Drug Safety* 1999; 20(3); 277-287

Spoont MR. Modulator role of serotonin I neural information processing implications for human psycho pathology. *Psychological bulletin* 1992; 112(2): 330-50

Tanda G, Cargoni E, Frau R, DiChiara G. Increase of extracellular dopamine in the prefrontal contex: a trait of drugs with antidepressant potential? *Psychopharmacoloty* 1994; 115:285-8.

Tanda G, Frau R, DiChiara GD. Chronic desipramine and fluoxetine differentially affect extracellular dopamine in the rat prefrontal cortex. *Psychopharmacology* 1996; 127:83-87.

Tanda G. Frau R, DiChiara G. Local 5HT3 receptors mediate fluoxetine but not desipramine-induced increase of extracellular dopamine in the prefrontal cortex. *Psychopharmacoloty* 1995; 119:15-19.

Tasker TCG, Kaye CM, Zussman BD, Lind CGG. Paroxetine plasma levels: lack of correlation with efficacy or adverse events. *Acta Psychiatr Scand* 1989; 80(Suppl. 350): 152-155.

Thase ME, Bomgren SL, Birkett MA, Apter JT, Tepner RG. Fluoxetine treatment of patients with major depressive disorder who failed initial treatment with sertraline. *J Clin Psychiatry* 1997; 58(1): 16-21.

Tignol J. A double-blind, randomized, fluoxetine-controlled, multicenter study of paroxetine in the treatment of depression. *J Clin Psychopharmacol* 1993; 13(6 S Suppl 2): 18S-22S.

Tulloch IF, Johnson AM. The pharmacologic profile of paroxetine, a new selective serotonin reuptake inhibitor. *J clin Psychiatry* 1992; 53(Suppl. 2); 7-12.

Virkkumen M, Rawlins R, Tokila R, Poland R.E., Guidotti A, Nemeroff C, Bissette G, Kaolgeras K, Karonen SL, Linnoila M. Personality profiles and state aggressiveness in Finnish alcoholic, violent offenders, fire setters, and health volunteers. *Arch Gen Psychiatry* 1994; 51:28-33.

Zanardi R, Franchini L, Gasperini M, Perez J, Smeraldi E. Double-blind controlled trial of sertraline versus paroxetine in the treatment of delusional depression. *Am J Psychiatry* 1996; 153(12): 1631-3

Allen NH. Homicide followed by suicide: Los Angeles, 1970-1979. *Suicide and Life-Threatening Behavior.* 1983; 13(3): 155-65

Baldwin DS, Hawley CJ, Abed RT, Maragakis BP, Cox J, Buckingham SA, Pover GH, Ascher A. A multicenter double-blind comparison of nefazodone and paroxetine in the treatment of outpatients with moderate-to-severe depression. *J Clin Psychiatry* 1996; 57( Suppl 2): 46-52

Battegay R, Hager M, Rauchfleisch U. Double-blind comparative study of paroxetine and amitriptyline in depressed patients of a university outpatient clinic (pilot study), *Neurapsychobiology* 1985; 13:31-7.

Bostwick & Pankratz, Affective disorders and suicide risk: A reexamination. *Am J Psychiatry,* 2000; 157(12): 1925-1932.

Boyer, WF, Blumhardt CL. The Safety Profile of Paroxetine. *J Clin Psychiatry* 1992; 53:2(supp).

Caley CF, Extrapyramidal reactions and the selective serotonin-reuptake inhibitors. *Ann Pharmacotherapy* (1997; 31:1481-1489.

Chouinard G, Saxena B, Belanger MC Ravindran A, Bakish D, Beauclair L, Morris P, Vasavan Nair NP,m Manchanda R, Reesal R, Remick R, O-Neill MC. A Canadian multicenter, double-blind study of paroxetine and fluoretine in major depressive disorder. *Journal of Affective Disorders* 1994; 54:39-48.

Coccaro EF, Astilll JL, Herbert JL, Schut AG. Fluoxetine treatment of impulsive aggression I DSM-III-R personality disorder patients. [Letter to the editor]. *J Clin Psychopharmacol* 1990; 10(5): 373-5.

Coccaro et al., Serotonin function and antiaggressive response to fluoxetine: A pilot study. *Biological Psychiatry* 1997; 42:546-552.

Constantino JN, Liberman M, Kincaid M. Effects of serotonin reuptake inhibitors on aggressive behavior in psychiatrically hospitalized adolescents: results of an open trial. *J Child Adolesc* Psychopharmacol 1997; 7(1): 31-44.

Davanzo PA, Belin TR, Widawski MH, King BH. Paroxetine treatment of aggression and self-injury in persons with mental retardation. *Am J Ment Retard* 1998; 102(5): 427-37.

deSouza JM, Doyal GT. Differences between violent female and male offenders: an explanatory study. *Am J Forensic Psychol* 1998; 16(3): 67-87.

Donovan S, Clayton A, Beeharry M, Jones S, Kirk C, Waters K, Gardner D, Faulding J, Madeley R. Deliberate self-harm and antidepressant drugs. *British Journal of Psychiatry* 2000:177-551-6.

Dunner D, Kumar R. Paroxetine: a review of clinical experience. *Pharmacopsychiat.* 1998; 31:89-101

Feighner JP, Boyer WF. Paroxetine in the treatment of depression: a comparison with imipramine and placebo. *Acta Psychiatr Scand Suppl* 1989; 350:125-9.

Gerber PE et al. Selective serotonin-reuptake inhibitor-induced movement disorders. *Ann Pharmacother* 1998; 32:692-98.

Goldney RD. Family murder followed by suicide. *Forensic Science.* 1977; 9:218-28.

Hirose S. Depression and homicide a psychiatric and forensic study of four cases. *Acta Psychiat. Scad.* 1979; 59:211-17.

Inman W, Kubota K, Pearce G, Wilton L. PEM report number 6. Paroxetine *Pharmacoepidemiology and Drug Safety* 1993; 2:393-422.

Isacsson G, Holmgren P, Druid , Bergman U. The utilization of antidepressants - a key issue in the prevention of suicide: an analysis of 5281 suicides in Sweden during the period 1992-1994.

*Acta Psychiatr Scand* 1997; 96:94-100

Isacsson G, Suide prevention - A medical breakthrough? *ACTA Psychiatrica Scandinavica* 2000; 102:113-117

Kapur et al. Antidepressant medications and the relative risk of suicide attempt and suicide. *JAMA*, 1992; 268(24): 3411-3445.

Khan A, Warner HA, Brown WA. Symptom reduction and suicide risk in patients treated with placebo in antidepressant clinical trials. *Arch Gen Pyschiatry* 2000; 57:311-17

Knutson B, Wolkowitz OM, Cole SW, Chan T, Moore EA, Johnson RC, Terpstra J, Turner RA, Reus VI. Selective alteration of personality and social behavior by serotonergic intervention. *Am J Psychiatry* 1998; 155(3): 373-9.

Laursen AL, Middelsen PL, Rasmussen S, le Fevre Honore P. Paroxetine in the treatment of depression - a randomized comparison with amitriptyline. *Acta Psychiatr Scand* 1985; 71:249-55.

Lopez-Ibor JJ. Reduced suicidality with paroxetine. *Eur Psychiatry* 1993; 8(Suppl. 1): 17S-19S.

Markowitz PI. Effect of fluoxetine on self-injurious behavior in the developmentally disabled: a preliminary study. *J Clin Psychopharmacol* 1992; 12(1): 27-31.

Marleau JD, Poulin B, Webanck T, Roy R, Laporte I. Paternal filicide: a study of 10 men. *Can J Psychiatry* 1999; 44(1): 57-63.

Marzuk PM, Tardiff K, Hirsch CS. The epidemiology of murder-suicide. *JAMA* 1992; 267(23): 3179-3183.

Marzuk PM, Tardiff K, Leon AC, Hirsch CS, Stajic M, Hartwell N, Portera L. Use of prescription psychotropc drugs among suicide victims in New York City. *Am J Psychiatric* 1995; 152:1520-22.

Moller HJ, Steinmeyer EM. Are serotonergic reuptake inhibitors more potent in reducing suicidality? An empirical study of paroxetine. *Eur Neuropsychopharmacol* 1994; 4(1): 55-9.

Montgomery SA, Dunner DL, Dunbar GC. Reduction of suicidal thoughts with paroxetine in comparison with reference antidepressants and placebo. *Eur Neuropsychopharmacol* 1995; 5(1): 5-13.

Oquendo, et al. Inadequacy of antidepressant treatment for patients with major depression who are at risk for suicidal behavior. *Am J. Psychiatry* 1999; 156:190-194.

Snead RW, Boon F, Presberg J. Paroxetine for self-injurious behavior. [Letter to the editor] *J Am Acad Child Adolesc Psychiatry* 1994; 33(6): 909-10.

Verkes RJ, et al., Reduction by paroxetine of suicidal behavior in patients with repeated suicide attempts. *Am J Psychiatry* 1998 Apr; 155(4): 543-547.

Virkkunen M. Suicide linked to homicide. *The Psychiatric Quarterly.* 1974; 48(2): 276-82

Warrington SJ, Dana-Haeri J, Sinclair AJ. Cardiovascular and psychomotor effects of repeated doses of paroxetine a comparison with amitriptyline and placebo in healthy men. *Acta Psychiatr. Scand* 1989; 80( Suppl 350): 42-4.

Wolfersdorf M, Barg T, Konig F, Leibfarth M, Grunewald I, Wetzel S. Paroxetine in the treatment of inpatients with non-delusional endogeneous or neurotic depression. *Schweiz Arch Neurol Psychiatry* 1994; 145(6): 15-18.

Wolfgang ME. Patterns in criminal homicide. Philadelphia, PA. 1975:272.

Zaninelli R, Meister W. The treatment of depression with paroxetine in psychiatric practice in Germany. The possibilities and current limitations of drug monitoring. *Pharmacopsychiatry* 1999; 30( Suppl 1): 9:20

Verkes RJ, Van der Mast RC, Hengeveld MW, Tuyl JP, Zwinderman AH, Van Kempen GM. Reduction by paroxetine of suicidal behavior in patients with repeated suicide attempts but not major depression. *Am J Psychiatry* 1998:155(4): 543-7.

Aderibigbe YA. Violence in America: a survey of suicide linked to homicides. *J Forensic Sci* 1997; 42(4): 662-5

Allen NH. Homicide followed by suicide: Los Angeles, 1970-1979, *Suicide Life Threat Behav.* 1983; 13(3): 155-65.

Coid J. The epidemiology of abnormal homicide and murder followed by suicide. *Psychol Med* 1983; 13:855-860.

Dietz PE. Mass, serial and sensational homicides. *Bull NY Acad Med* 1986; 62(5): 477-91.

Felthous AR, Hempel A. Combined homicide-suicides: a review. *J Forensic Sci* 1995; 40(5): 846-57

Goldney RD. Family murder followed by suicide. *Forensic Sci* 1977; 9(3): 219-28.

Hirose S. Depression and homicide. A psychiatric and forensic study of four cases. *Acta Psychiatr Scand* 1979; 59(2): 211-7.

Lugwig J, Cook PJ. Homicide and suicide rates associated with implementation of the Brady handgun violence prevention act. *JAMA* 2000; 284(5): 585-591.

Milroy CM. The epidemiology of homicide-suicide (dyadic death). *Forensic Sci Int* 1995; 71(2): 117-22.

Rosenbaum M. The role of depression in couples involved in murder-suicide and homicide. *Am J Psychiatry* 1990; 147(8): 1036-9.

Virkkunen M. Suicide Linked to homicide. *Psychiatr* Q; 48(2): 276-82.

Beasley CM, Dornseif BE, Bosomworth JC, Sayler ME, Rampey AH, Heiligenstein JH, Thompson VL, Murphy DJ, Masica DN. Fluoxetine and suicide: a meta-analysis of controlled trials of treatment for depression. *BMJ* 1991; 303(6804): 689-92.

Bradford-Hill A. The Environment and Disease: Association or Causation? *Proc. Royal Soc. Med.* 1966; 58.

Busch KA, Clark DC, Fawcett J, Kravitz HM. Clinical features of inpatient suicide. *Psychiatric Annals* 1993; 23:256-262.

Clark DC, Goebel-Fabbri AE. Lifetime risk of suicide in major affective disorders. In: Jacobs DB, ed. *The Harvard Medical School Guide to Suicide Assessment and Intervention.* Jossey-Bass, San Francisco. 1999.

Coccaro EF, Kavoussi RJ. Fluoxetine and impulsive aggressive behavior in personality-disordered subjects. *Arch Gen Psychiatry* 1997; 54:1081-1088.

Coulter DM, Pillans PI. Fluoxetine and extrapyramidal side effects. *Am J Psychiatry* 1995; 152(1): 122-5.

Cox DR, Oakes D. *Analysis of Survival Data.* Chapman and Hall-London 1984.

Dinan TG. Antidepressants and violence: cause for concern or media hype? *Hum Psychopharmacol* 2000; 15:3-4

Dukes MNG. Responsibility for drug-induced injury. In: Duke MNG (Ed.). *Meyler's side effects of drugs. An encyclopecia of adverse reactions and interactions. Eleventh edition.* Amsterdam: Elsevier. 1988.

Dunbar GC, Cohn JB, Fabre LF, Feighner JP, Fieve RR, Mendels J. Shrivastava RK. A comparison of paroxetine, imipramine and placebo in depressed out-patients. *Br J Psychiatry* 1991; 159:394-8.

Dunbar GC, Fuell DL. The anti-anxiety and anti-agitation effects of paroxetine in depressed patients. *Int Clin Psychopharmacol* 1992; 6( Suppl 4): 81-90

Fawcett J. Suicide risk factors in depressive disorders and in panic disorder. *J Clin Psychiatry* 1992; 58 Suppl 3:9-13.

Fawcett J. The detection and consequences of anxiety in clinical depression. *J Clin Psychiatry* 1997; 58 Suppl 8:35-40.

Fawcett J, Scheftner WA, Fogg L, Clark DC, Young MA, Hedeker G, Gibbons R. Time-related predictors of suicide in major affective disorder. *Am J Psychiatry* 1990; 149(9): 1189-94.

Fava M, Rosenbaum JF, Pava JA, McCarthy MK, Steingard RJ, Bouffides E. Anger attacks in unipolar depression. Part 1: clinical correlates and response to fluoxetine treatment. *Am J Psychiatry* 1993; 150(8): 1158-63.

Gerber PE, Lynd LD. Selective serotonin-reuptake inhibitor-induced movement disorders. *Ann Pharmacother* 1998; 32(6): 692-8.

Göder R, Friege L, Treskov V, Grohmann R, Aldenhof JB. Association of paroxetine with suicide attempt in obsessive-compulsive disorder. *Pharmacopsychiatry* 2000; 33:116-117.

Hansen L. A critical review of akathisia, and its possible association with suicidal behavior. *J. Psychopharmacol.* 2001; 16(2):231-33.

Jick H, Ulcickas M, Dean A. Comparison of frequencies of suicidal tendencies among patients receiving fluoxetine, lofepramine, mianserin or trazodone. *Pharmacotherapy* 1992; 12(6): 451-4.

Jick SS, Dean AD, Jick H. Antidepressants and suicide. *BMJ* 1995; 310(6974): 215-8.

Karasu TB, Gelenberg A, Merriam A, Wang P, (Work Group). Practice Guideline for the Treatment of Patients with Major Depressive Disorder. *American Journal of Psychiatry* 2000; 157:4 (Supplement): 1-45.

Kasper S. The place of milnacipran in the treatment of depression. *Human Psychophamacology* 1997; 12:S135-S141.

Kazdin A. Single-case research designs. In: Kazdin AE, Tuma AH (Eds.) *Single-case research designs.* Washinton: Jossey-Bass Inc. 1982.

Khan A et al., Suicide rate with SSRI antidepressants compared to other antidepressants and placebo: an analysis of FDA reports. Poster presented at ACNP, Puerto Rico, Dec. 10, 2002.

Khan A et al., Suicide risk in patients with anxiety disorders: a meta-analysis of the FDA database. *J. Aff. Disorders* 2002; 68:183-190.

Koivumaa-Honkanen H et al., Life satisfaction and suicide: a 20-year follow-up study. *Am J Psychiatry* 2001; 158(3):433-39.

Leo RJ. Movement disorders associated with the serotonin selective reuptake inhibitors. *J Clin*

*Psychiatry* 1999; 156(2): 195-201.

Leon AC, Keller MB, Warshaw MG, Mueller TI, Solomon DA, Coryell W, Endicott J. Prospective Study of Fluoxetine Treatment and Suicidal Behavior in Affectively III Subjects. *Am J Psychiatry* 1999: 156(2): 195-201.

Moscicki EK. Epidemiology of suicide. In: Jacobs DB, ed. *The Harvard Medical School Guide to Suicide Assessment and Intervention.* Jossey-Bass, San Francisco. 1999.

Nock MK, Marzuk PM. Murder-suicide: phenomenology and clinical implications. In: Jacobs DB, ed. *The Harvard Medical School Guide to Suicide Assessment and Intervention.* Jossey-Bass, San Francisco. 1999.

Rothman KJ, Greenland S, eds. *Modern Epidemiology, 2nd Edition.* Lippincott-Raven. Philadelphia, Pa. 1998.

Rothman KJ. *Modern Epidemiology 1st Edition.* Little, Brown, 1986: 356.

Schlesselman JJ, et al. *Case-Control Studies: Design, Conduct, Analysis.* New York: Oxford University Press, 1982: 354.

Singer PP, Jones GR. An uncommon fatality due to moclobemide and paroxetine. *J Analytical Toxicol* 1997; 21: 518-520.

Stephens M. Deliberate drug challenge. *Human Toxicology* 1983; 2: 573-7.

Susser M. Criteria of judgement. In: *Causal thinking in the health sciences: concepts and strategies in epidemiology.* New York: Oxford University Press. 1973.

Vermenulen T. Distribution of Paroxetine in three postmortem cases. *J Anal Toxicol* 1998; 22(6): 541-4.

Warshaw MG, Keller MB. The Relationship Between Fluoxetine Use and Suicidal Behavior in 654 Subjects with Anxiety Disorders. *J Clin Psychiatry* 1996; 57(4): 158-66.

GSK will supplement this disclosure as required by Fed. R. Civ. P. 26 and the Court's Scheduling Order.

(C)   **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Because GSK is the defendant and has not asserted a counterclaim, it is not claiming

damages in this action.

**(D)** **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

GSK is self-insured at the primary level for Paxil personal injury claims. GSK maintains excess coverage, beginning at $25 million in the aggregate, in an amount reasonably anticipated to satisfy any judgment in this matter.

This 13th day of April, 2004.

Respectfully submitted,

SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE

By: _____
Jaime A. Saenz

OF COUNSEL:
Jaime A. Saenz
Texas State Bar No. 17514859
Federal ID. 7630
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
Post Office Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. B-03-102 |
| v. | ) ) | |
| GLAXOSMITHKLINE, | ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **DEFENDANT SMITHKLINE BEECHAM CORPORATION'S, d/b/a GLAXOSMITHKLINE'S INITIAL DISCLOSURES**, on counsel of record by depositing a copy of same in the U.S. Mail addressed as follows:

> Michael R. Cowen
> 520 E. Levee
> Brownsville, Texas 78520
>
> Andy Vickery
> 10000 Memorial Drive, Suite 888
> Houston, Texas 77024

This 13th day of April, 2004.

Jaime A. Saenz