IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
FILED

MAY 0 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, Plaintiff, | § § § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-102 |
| GLAXOSMITHKLINE, Defendant. | § § | JURY TRIAL DEMANDED |

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26, Plaintiff Beatriz E. Ebel, individually and as Personal Representative of the Estate of Philip Wayne Ebel, deceased, makes the following initial disclosures. Plaintiff and her attorney have not concluded investigation and discovery of the facts of this case. Therefore, the following disclosures are given without prejudice to Plaintiff's reserved rights to supplement this disclosure and produce new evidence in the future resulting from continued discovery and investigation. Plaintiff's reserved rights encompass new evidence which may clarify or supplement the disclosures contained herein. This disclosure does not include expert witnesses pursuant to F.R.C.P. 26 (b)(4).

(A) **The name and , if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

**Plaintiff:**

Beatriz E. Ebel
*Wife/Widow of Deceased*

Eric Fernando Ebel
*Son of Deceased*

Gabriela Nicole Ebel
*Daughter of Deceased*

Liability witnesses, including but not limited to GlaxoSmithKline employees and consultant experts listed below and others to be determined once discovery has commenced.

**Defendant, GlaxoSmithKline:**

Dr. Alan Metz
Vice President
Clinical Development and Medical Affairs
Regional Head and Global Leader
Psychiatry Therapeutics Area
GlaxoSmithKline

Dr. David Wheadon
Senior Vice President
United States Regulatory Affairs
GlaxoSmithKline

(B)   A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

   Medical records
   Documentation regarding funeral expenses
   Photographs
   Internal GSK documents concerning Paxil

Medical literature
Freedom of Information Act documents regarding Paxil

**(C)    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Plaintiff has not yet made a computation of damages. Plaintiff will supplement this disclosure once complete and will produce the supporting documents at a mutually agreeable place and time.

**(D)    For inspection and copy as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

N/A.

Respectfully submitted,

_____
Andy Vickery
TBN: 20571800
P. O. Box 4340
Houston, TX  77210
Telephone: 713-683-1209
Facsimile: 713-683-1294
Email: andy@justiceseekers.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the following counsel of record on April 30th, 2004:

Michael R. Cowen
LAW OFFICES OF MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, TX 78520

Jaime A. Saenz
RODRIGUEZ COLVIN, CHANEY & SAENZ, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155

_____
Andy Vickery