United States District Court
Southern District of Texas
FILED

JUN 17 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | |
|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,　Plaintiff, | § § § § § § § |
| vs. | § §　CIVIL ACTION NO. B-03-102 |
| GLAXOSMITHKLINE,　Defendant. | § § §　JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO EXTEND DEADLINES
## IN SCHEDULING ORDER

Plaintiff, Beatriz E. Ebel, individually and as personal representative of the estate of Philip Wayne Ebel, deceased and Defendant, GlaxoSmithKline, hereby move the Court to extend by 60 days the deadlines contained in its January 28, 2004 Scheduling Order. In support of this Motion the parties would show the Court the following:

Counsel have a long history of resolving other, similar cases without substantial formal discovery or court intervention. In this case, suit was filed because of an impending change in Texas substantive law. However, counsel have continued to cooperate to share information informally, and to explore settlement possibilities in that more familiar and congenial context. In that regard, on May 5, 2004, defense counsel conducted an informal interview of the Plaintiff. The parties are presently engaged in settlement negotiations. If the case does not settle within the next 60 days, then they can proceed with more formal discovery.

For these reasons, the parties ask for modification of the Court's Scheduling Order.

Respectfully submitted,

_____
Andy Vickery
State Bar of Texas No. 20371800
P. O. Box 4340
Houston, Texas 77210-4340
Telephone: 713-683-1209
Facsimile: 713-683-1294
Email: *andy@justiceseekers.com*

### Certificate of Conference

The undersigned conferred with Andy Bayman, lead counsel for GSK and he is not opposed to this Motion.

_____
Andy Vickery

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the following counsel of record on June 15, 2004:

Michael R. Cowen
LAW OFFICES OF MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, TX 78520

Jaime A. Saenz
RODRIGUEZ COLVIN & CHANEY, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155

-3-

Chilton D. Varner
Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, Georgia 30303

_____
Andy Vickery