```
                                                          United States District Court
                                                           Southern District of Texas
                                                                  ENTERED
        IN THE UNITED STATES DISTRICT COURT                   JUN 2 2 2004
         FOR THE SOUTHERN DISTRICT OF TEXAS
                (BROWNSVILLE DIVISION)                    Michael N. Milby, Clerk of Court
                                                          By Deputy Clerk
```

BEATRIZ E. EBEL, §
Individually and as §
Personal Representative of the §
Estate of PHILIP WAYNE EBEL, §
Deceased, §
        Plaintiff, §
§
vs. § CIVIL ACTION NO. B-03-102
§
GLAXOSMITHKLINE, §
        Defendant. § JURY TRIAL DEMANDED

## ORDER EXTENDING SCHEDULING DEADLINES

It appearing to the Court that the parties have consented hereto, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadlines in the Court's January 28, 2004 Scheduling Order shall be extended for a period of 60 days. The following schedule is established for this case:

1. Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by August 16, 2004.

2. Defendant shall file and serve a documetn identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expet including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by October 15, 2004.

3. Discovery shall be completed no later than November 30, 2004. All discovery requests shall be served in time for the responses thereto to be served by this date.

4. All Motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before January 19, 2005. (Fed. R. Civ. P. 16(b)(2)).

5. The Joint Pretrial Order is due on __March 16, 2005__ .

6. **Final Pretrial Conference and Docket Call is set for March 30, 2005 at 1:30pm.**

7 ~~6~~. The case is set for Jury Selection on __April 11, 2005 at 9:00 a.m.__

SIGNED this _21st_ day of June, 2004.

UNITED STATES DISTRICT JUDGE