IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
FILED

JUL 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, <br>       Plaintiff, <br><br> vs. <br><br> GLAXOSMITHKLINE, <br>       Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-102 |

## NOTICE OF CHANGE OF ADDRESS

Andy Vickery, counsel for Plaintiff, Beatriz E. Ebel advises the parties and all

counsel that as of Monday, July 19, 2004, his contact information will be:

VICKERY & WALDNER, LLP
One Riverway Drive, Suite 1150
777 S. Post Oak Lane
Houston, TX 77056
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: andy@justiceseekers.com

Respectfully submitted,

VICKERY & WALDNER, LLP

Andy Vickery
Texas State Bar No. 20571800
One Riverway Drive, Suite 1150
777 S. Post Oak Lane
Houston, TX 77056
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: andy@justiceseekers.com
*Counsel for Plaintiff*

Michael R. Cowen
COWEN & BOWDIN
SBOT No. 00795306
Fed. I.D. No. 19967
520 E. Levee Street
Brownsville, TX 78520
Telephone: 956-541-4981
Facsimile: 956-504-3674
*Co-Counsel for Plaintiff*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the following counsel of record on July 15, 2004:

Jaime A. Saenz
RODRIGUEZ COLVIN & CHANEY, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155

Chilton D. Varner
Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, Georgia 30303

Andy Vickery