IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
FILED

AUG 1 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, <br>                    Plaintiff, <br><br> vs. <br><br> GLAXOSMITHKLINE, <br>                    Defendant. | CIVIL ACTION NO. B-03-102 <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO EXTEND DEADLINES
IN COURT'S JUNE 21, 2004 ORDER**

Plaintiff, Beatriz E. Ebel, individually and as personal representative of the estate of Philip Wayne Ebel, deceased and Defendant, GlaxoSmithKline, hereby move the Court to extend by 60 days the deadlines contained in its June 21, 2004 Order. In support of this Motion the parties would show the Court the following:

Counsel have a long history of resolving other, similar cases without substantial formal discovery or court intervention. In this case, suit was filed because of an impending change in Texas substantive law. However, counsel have continued to cooperate to share information informally, and to explore settlement possibilities in that more familiar and congenial context. In that regard, on May 5, 2004, defense counsel conducted an informal interview of the Plaintiff. The parties are presently engaged in settlement negotiations. If the case does not settle within the next 60 days, then they can proceed with more formal discovery.

For these reasons, the parties ask for modification of the Court's June 21, 2004 Order.

Respectfully submitted,

VICKERY & WALDNER, LLP

_____
Andy Vickery
Texas State Bar No. 20571800
One Riverview, Suite 1150
Houston, TX 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: *andy@justiceseekers.com*

### Certificate of Conference

The undersigned attorney has conferred with Andy Bayman, lead counsel for GSK and he is not opposed to this Motion.

_____
Paul Waldner

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the following counsel of record on August 13, 2004:

    Michael R. Cowen
    LAW OFFICES OF MICHAEL R. COWEN, P.C.
    520 E. Levee Street
    Brownsville, TX 78520

Jaime A. Saenz
RODRIGUEZ COLVIN & CHANEY, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155

Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, GA 30303

_____
Andy Vickery