United States District Court
Southern District of Texas
ENTERED

SEP 0 8 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | | |
|---|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br>　　　　Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE,<br>　　　　Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-102<br><br>JURY TRIAL DEMANDED |

## ORDER EXTENDING SCHEDULING DEADLINES

It appearing to the Court that the parties have consented hereto, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadlines in the Court's June 21, 2004 Order shall be extended for a period of 60 days. The following schedule is established for this case:

1. Plaintiff shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by October 15, 2004.

2. Defendant shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by December 15, 2004.

3. Discovery shall be completed no later than January ~~30~~ 31, 2005. All discovery requests shall be served in time for the responses thereto to be served by this date.

4. All Motions, except those to complete discovery, those non-waivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before March 18, 2005. (Fed. R. Civ. P. 16(b)(2)).

5. The Joint Pretrial Order is due on __May 11, 2005__.

6. **Final Pretrial Conference and Docket Call is set for May 25, 2005 at 1:30p**

7. The case is set for Jury Selection on __June 6, 2005 at 9:00 a.m.__

SIGNED this 8th day of Sept., 2004.

_Hilda Tagle_
UNITED STATE DISTRICT JUDGE

-2-