United States District Court
Southern District of Texas
FILED

NOV 01 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | |
|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, <br> Plaintiff, | |
| vs. | CIVIL ACTION NO. B-03-102 |
| GLAXOSMITHKLINE, <br> Defendant. | JURY TRIAL DEMANDED |

## AGREED MOTION FOR APPOINTMENT OF ATTORNEY *AD LITEM*

Plaintiff Beatriz E. Ebel hereby moves the Court to appoint an attorney *ad litem* to advise the Court regarding the settlement which has been negotiated between the parties, subject to the Court's approval. In support of this Motion, Plaintiff would show the Court the following. As per Plaintiff's prior notice, this case has been settled.

However, because the case involves claims on behalf of minor claimants, the settlement is subject to the Court's approval. Plaintiff asks the Court to appoint Julian Gomez of McAllen, or other qualified, experienced counsel in this District, to advise the Court regarding the propriety and reasonableness of the settlement.

An Order for appointment of *ad litem* is submitted herewith.

### Certificate of Conference

The undersigned has discussed this matter with Andrew Bayman, lead counsel for the Defendant GSK, and can advise the Court that GSK also wants to have the settlement approved by the Court and, therefore, has no opposition to this Motion.

Respectfully submitted,

VICKERY & WALDNER, LLP

*/s/ Andy Vickery* w/p- *Carlos H. Cisneros*

Andy Vickery
Texas State Bar No. 20571800
One Riverview, Suite 1150
Houston, TX 77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: *andy@justiceseekers.com*

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the following counsel of record on November __1__, 2004:

Michael R. Cowen
LAW OFFICES OF MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, TX 78520

Jaime A. Saenz
RODRIGUEZ COLVIN & CHANEY, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155

Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, GA 30303

*/s/ Andy Vickery* w/p- *Carlos H. Cisneros*

Andy Vickery