IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | | |
|---|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br>   Plaintiff, | ' | |
| vs. | ' | CIVIL ACTION NO. B-03-102 |
| GLAXOSMITHKLINE,<br>   Defendant. | ' | JURY TRIAL DEMANDED |

## ORDER APPOINTING ATTORNEY *AD LITEM*

The Court hereby appoints _____, a member of the Bar of this Court, to serve as Attorney *Ad Litem* for the benefit of the minor plaintiffs in this case. The Attorney *Ad Litem* shall conduct such investigation as he/she deems appropriate and thereafter advise the Court regarding the proposed settlement.

SIGNED in Brownsville, November _____, 2004.

                     _____
                     Hilda Tagle
                     United States District Judge