IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

NOV 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br>        Plaintiff,<br><br>vs.<br><br>GLAXOSMITHKLINE,<br>        Defendant. | CIVIL ACTION NO. B-03-102<br><br>JURY TRIAL DEMANDED |

## ORDER APPOINTING ATTORNEY *AD LITEM*

The Court hereby appoints _Oscar De La Fuente_, a member of the Bar of this Court, to serve as Attorney *Ad Litem* for the benefit of the minor plaintiffs in this case. The Attorney *Ad Litem* shall conduct such investigation as he/she deems appropriate and thereafter advise the Court regarding the proposed settlement.

SIGNED in Brownsville, November 2, 2004.

Hilda Tagle
United States District Judge