IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | | |
|---|---|---|
| BEATRIZ E. EBEL, <br> Individually and as <br> Personal Representative of the <br> Estate of PHILIP WAYNE EBEL, <br> Deceased, <br> Plaintiff, <br><br> vs. <br><br> GLAXO SMITHKLINE, and <br> ELI LILLY & COMPANY <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br><br> CIVIL ACTION NO. No. B-03-102 <br><br><br> JURY TRIAL DEMANDED |

## MOTION FOR LEAVE TO AMEND COMPLAINT

NOW COMES, Beatriz E. Ebel, individually and as personal representative of the Estate of Philip Wayne Ebel, deceased, and moves the Court, pursuant to Rule 15(a), Fed.R.Civ.P., for leave to file the attached Amended Complaint, which adds the codefendant Eli Lilly & Company. In support of this Motion, Plaintiff would show the Court the following:

1. As the Court knows from the prior notification of the parties, Plaintiff and the Defendant GlaxoSmithKline [GSK] have reached a tentative settlement, subject to the Court's approval.

2. However, that settlement was reached, in part, because Plaintiff has a viable claim against a joint tortfeasor, i.e. Eli Lilly, the maker of the

drug Zyprexa. Philip Ebel was taking Zyprexa far longer than he took the Paxil made by GSK.

3. Rule 15, and the cases construing it, say that leave to amend shall be "freely given when justice so requires." Although, as a precautionary measure, a separate Complaint is being filed against Lilly, amendment of this Complaint is in the interests of justice, for the following reason. This suit was filed before the 9/1/03 effective date of H.B. 4, the Texas legislature's "tort reform" statute. IF the Court construes the pertinent date for application of the new law to be the date of filing, then the "relation back" provisions of the rules will ensure that the law that was in effect at the time of Philip Ebel's death and at the time of the filing of this suit will govern the outcome of the suit. That is the just result.

### Certificate of Conference

4. The undersigned counsel has conferred with counsel for GSK about this Motion. GSK is apparently considering whether or not it will oppose the motion. Counsel for GSK will advise the Court of its position.

WHEREFORE, Plaintiff prays that the Court sign the enclosed Order permitting the attached Amended Complaint to be filed on a nunc pro tunc basis, as of November 9, 2004, the date of the filing of this Motion. An Order to that effect is attached hereto.

Respectfully submitted,

Andy Vickery
Texas State Bar No. 20571800
VICKERY & WALDNER, LLP
One Riverway, Suite 1150
Houston, Texas 77056
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: *andy@justiceseekers.com*
Lead Counsel for Plaintiff

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the following counsel of record on November 8, 2004:

>Michael R. Cowen
>LAW OFFICES OF MICHAEL R. COWEN, P.C.
>520 E. Levee Street
>Brownsville, TX 78520
>
>Jaime A. Saenz
>RODRIGUEZ COLVIN & CHANEY, L.L.P.
>P. O. Box 2155
>1201 East Van Buren
>Brownsville, TX 78522-2155
>
>Andrew T. Bayman
>KING & SPALDING, LLP
>191 Peachtree Street
>Atlanta, GA 30303

A courtesy copy, along with the notice required by Rule 4, has also been served upon in-house counsel for Eli Lilly & Company.

_____
Andy Vickery