IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | |
|---|---|
| BEATRIZ E. EBEL, § <br> Individually and as § <br> Personal Representative of the § <br> Estate of PHILIP WAYNE EBEL, § <br> Deceased, § <br>        Plaintiff, § <br> § <br> vs. § <br> § <br> GLAXO SMITHKLINE, and § <br> ELI LILLY & COMPANY § <br>        Defendants. § | CIVIL ACTION NO. No. B-03-102 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING LEAVE TO AMEND COMPLAINT

BE IT REMEMBERED that on this day the Motion of the Plaintiff Beatriz E. Ebel for leave to amend was considered by the Court. The Court hereby GRANTS said motion and directs the Clerk to file the attached Amended Complaint, nunc pro tunc, as of November 9, 2004, the date on which the Motion for Leave was filed.

SIGNED IN BROWNSVILLE this ___ day of November, 2004.

 

_____
Hon. Hilda Tagle
United States District Judge