IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
FILED
NOV 17 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| BEATRIZ E. EBEL, As Next Friend of ERIC F. EBEL AND GABRIELA N. EBEL, Minor Children,<br>      Plaintiffs,<br><br>vs.<br><br>GLAXOSMITHKLINE,<br>      Defendant. | CIVIL ACTION NO. B-03-102 |

## PLAINTIFFS' FRIENDLY SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BEATRIZ E. EBEL as Next Friend of ERIC F. EBEL and GABRIELA N. EBEL, Plaintiffs, complaining of GLAXOSMITHKLINE, Defendant herein, and for cause of action would show unto the Court as follows:

### I.
### PARTIES

Plaintiff is BEATRIZ E. EBEL as Next Friend of ERIC F. EBEL and GABRIELA N. EBEL. Defendant is GLAXOSMITHKLINE.

This is a friendly suit and service of process is not required.

### II.
### JURISDICTION AND VENUE

Plaintiff BEATRIZ E. EBEL hereby moves the Court to approve the recent settlement negotiated between the parties. However, because the case involves claims on behalf of minor claimants, the settlement is subject to the Court's approval. The Court has previously appointed, Hon. Oscar de La Fuente, a qualified, experienced counsel in this District, to advise the Court regarding the propriety and reasonableness of the settlement. The incident made the

basis of this lawsuit involves the wrongful death of BEATRIZ E. EBEL'S husband, and the minor children's father.

### III.
### FACTS

This is a Texas diversity, products liability, personal injury and wrongful death case arising out of the tragic death of PHILIP WAYNE EBEL on or about November 11, 2002, in Brownsville, Texas. At the time of his death MR. EBEL was under the influence of a powerful drug called Paxil which is manufactured by GLAXOSMITHKLINE. Plaintiff, BEATRIZ E. EBEL is the widow of PHILIP WAYNE EBEL. She is a resident of Brownsville, Texas. Thus, she is a statutory beneficiary and an appropriate party to allege claims on behalf of the Estate of PHILIP WAYNE EBEL under the Texas Survival statute. She filed this suit in her own capacity and her representative capacity to recover damages for herself and for all wrongful death beneficiaries, including Philip's two minor children, ERIC FERNANDO EBEL and GABRIELA NICOLE EBEL. The actions giving rise to this cause of action happened within this District. Therefore, venue is permissible in this District pursuant to 28 U.S.C. §1391.

### IV.
### DAMAGES

By reason of all of the above, Plaintiffs allege to have suffered actual damages in a sum within the jurisdictional limits of the Court and for which this lawsuit is brought.

### V.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff BEATRIZ E. EBEL as Next Friend of ERIC F. EBEL and GABRIELA N. EBEL pray that Defendant GLAXOSMITHKLINE appear and answer herein and upon a final hearing of this case, judgment be entered for Plaintiff against Defendant for damages in an amount within the jurisdictional limits of the Court.

Respectfully submitted,

VICKERY & WALDNER, LLP

Andy Vickery
Texas State Bar No. 20571800
One Riverway, Suite 1150
Houston, TX  77056-1920
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: *andy@justiceseekers.com*

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been served upon the following counsel of record on November ____, 2004:

Hon. Michael R. Cowen
LAW OFFICES OF MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, TX  78520

Hon. Jaime A. Saenz
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX  78522-2155

Hon. Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, GA  30303

Hon. Oscar de la Fuente
501 E. Tyler Street
Harlingen, Texas 78550

Andy Vickery

3