IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

| | |
|---|---|
| BEATRIZ E. EBEL, As Next Friend of ERIC F. EBEL AND GABRIELA N. EBEL Plaintiff, | |
| vs. | CIVIL ACTION NO. B-03-102 |
| GLAXOSMITHKLINE, Defendant. | |

## ORDER SETTING HEARING

On _____, 2004, the Court considered Plaintiffs' Friendly Suit. Because this case involves claims on behalf of minor claimants, the settlement is subject to the Court's approval.

IT IS HEREBY ORDERED that the undersigned attorneys or their local counsel appear for hearing on this Friendly Suit on the ___ day of _____, 2004, at _____ __.m.

SIGNED on _____, 2004.

_____
United States District Judge

cc:
Hon. Michael R. Cowen
LAW OFFICES OF MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, TX 78520

Hon. Jaime A. Saenz
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155

Hon. Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, GA 30303

Hon. Oscar de la Fuente
501 E. Tyler Street
Harlingen, Texas 78550