IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(BROWNSVILLE DIVISION)

United States District Court
Southern District of Texas
ENTERED

NOV 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

BEATRIZ E. EBEL, As Next Friend of
ERIC F. EBEL AND GABRIELA N. EBEL
    Plaintiff,

vs.

GLAXOSMITHKLINE,
    Defendant.

CIVIL ACTION NO. B-03-102

### ORDER SETTING HEARING

On **Nov. 22**, 2004, the Court considered Plaintiffs' Friendly Suit. Because this case involves claims on behalf of minor claimants, the settlement is subject to the Court's approval.

IT IS HEREBY ORDERED that the undersigned attorneys or their local counsel appear for hearing on this Friendly Suit on the **7th** day of **December**, 2004, at **10:00** A.m.

SIGNED on **Nov. 22**, 2004.

_____
United States District Judge

cc:
Hon. Michael R. Cowen
LAW OFFICES OF MICHAEL R. COWEN, P.C.
520 E. Levee Street
Brownsville, TX 78520

Hon. Jaime A. Saenz
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
P. O. Box 2155
1201 East Van Buren
Brownsville, TX 78522-2155

Hon. Andrew T. Bayman
KING & SPALDING, LLP
191 Peachtree Street
Atlanta, GA 30303

Hon. Oscar de la Fuente
501 E. Tyler Street
Harlingen, Texas 78550