IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 0 2 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BEATRIZ E. EBEL, Individually and as Personal Representative of the Estate of Philip Wayne Ebel, Deceased<br>　　　　Plaintiff, | §<br>§<br>§<br>§<br>§<br>§<br>§ | |
| v. | § | C.A. NO. B-03-102 |
| | §<br>§ | |
| GLAXO SMITHKLINE, AND ELI LILLY & COMPANY,<br>　　　　Defendants. | §<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on December 1, 2004, the Court **GRANTED** Plaintiff's Motion for Leave to Amend Complaint [Dkt. No. 23]. Defendants have filed no response to this motion, which became ripe on November 29, 2004. Failure to respond is taken as no opposition to the motion pursuant to Local Rule 7.4.

DONE this 1st day of December, 2004, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge