UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased, § § § § § | |
| Plaintiff, § § | CIVIL ACTION NO. B-03-102 |
| v. § § | |
| GLAXOSMITHKLINE, § § § | |
| Defendant. § | |

**DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE'S UNOPPOSED MOTION TO APPEAR FOR ATTORNEY IN CHARGE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, Defendant in the above-entitled and numbered cause, and through its designated attorney in charge, JAIME A. SAENZ, files this its Unopposed Motion to Appear For Attorney In Charge and for cause would show the Court as follows:

I.

The undersigned hereby requests permission of this Honorable Court to allow R. PATRICK RODRIGUEZ of the firm of Rodriguez, Colvin, Chaney & Saenz, L.L.P to appear for the undersigned at the Friendly Suit hearing scheduled for December 7, 2004 at 10:00 a.m.. Mr. Saenz is in Laredo, Texas attending the trial of Cause No. 2003CVE000385D2; *Luis Angel Gallegos Loredo, et al vs. Ford Motor Company, et al*, pending in the 111th Judicial District Court of Webb County, Texas.

II.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court grant this Motion and for such other and further relief to which they may show themselves justly entitled to receive.

Respectfully submitted,

By: _____
Jaime A. Saenz
Federal Admissions No.: 7630
State Bar: 17514859
Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile: (956) 541-2170

*Attorney In Charge for Defendant,*
*Smithkline Beecham Corporation*
*d/b/a Glaxosmithkline*

## CERTIFICATE OF CONFERENCE

Counsel for Smithkline Beecham Corporation d/b/a Glaxosmithkline has conferred with all counsel regarding the filing of this motion and counsel do not oppose the filing of this motion.

_____
Jaime A. Saenz

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of December, 2004, a true and correct copy of the foregoing Motion to Appear for Attorney In Charge was sent via facsimile to all counsel of record.

Michael R. Cowen
Cowen & Bodden, P.C.
520 E. Levee
Brownsville, Texas 78520
*Counsel for Plaintiffs*

Andy Vickery
Vickery & Waldner, LLP
10000 Memorial Drive, Suite 888
Houston, Texas 77024
*Counsel for Plaintiffs*

Andy Bayman
King & Spalding, L.L.P.
191 Peachtree Street
Atlanata, Georgia 30303-1763
*Co-Counsel for Defendant*

Oscar De La Fuente
Attorney at Law
501 E. Tyler Street
Harlingen, Texas 78550
*Attorney Ad Litem*

_____
Jaime A. Saenz