UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>GLAXOSMITHKLINE,<br><br>Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-102 |

## ORDER GRANTING DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE UNOPPOSED MOTION TO APPEAR FOR ATTORNEY IN CHARGE

On this day of, came on for consideration Counsel for Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE'S Motion to Appear for Attorney In Charge, and the Court, having considered the motion, is of the opinion that said motion should be GRANTED.

It is therefore ORDERED that R. PATRICK RODRIGUEZ of Rodriguez, Colvin, Chaney & Saenz, L.L.P. is hereby permitted to appear on behalf of Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, at the Friendly Suit hearing scheduled for December 7, 2004 at 10:00 a.m.. in lieu of the attorney-in-charge, Jaime A. Saenz.

SIGNED this _____ day of _____, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE PRESIDING