# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic    ■ Levesque |
| DATE | 12 / 07 / 04 |
| TIME | 10:15 a.m. — 10:35 a.m. |
| CIVIL ACTION | B - 03 - 102 |
| STYLE | BEATRIZ EBEL, ET AL. *versus* GLAXO SMITHKLINE |

United States District Court
Southern District of Texas
FILED
DEC 07 2004
Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Friendly Suit Hearing;     (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff:      Michael Cowen
Attorney(s) for Defendant:  Patrick Rodriguez
Attorney Ad Litem:              Oscar de la Fuente

---

Comments:

- Agreed that because of confidentiality issues, the actual settlement would be reviewed by the Court, but placed in the record only under SEAL. All exhibits admitted and ordered exhibits 1, 2, and 3 be SEALED.

- Counsel Cowen and Rodriguez examined Beatriz Ebel. Attorney Ad Litem, Oscar de la Fuente, examined Beatriz Ebel, who agreed all portions of the settlement were in the best interest of the two minor children involved–Eric and Gabriela Ebel. Additionally, Ebel testified she believed structured settlement was in best interests of the children.

- **Parties will submit a proposed final judgment with attachments of the settlement filed under seal.**

Court rulings: Orally granted Def's Motion to Appear [Dkt. No. 28]. Settlement as to all parts approved. Mr. De La Fuente offered Ad Litem Exhibit 1; admitted same and approved ad litem fees as requested. Ordered Plaintiff's Exhibit 1, 2, and 3 be SEALED.

1