United States District Court
Southern District of Texas
FILED

DEC 0 9 2004

Michael N. Milby
Clerk of Court

CASE NO. B-03cv102
INSTRUMENT NO. _____

# SEALED RECORD

DESCRIPTION OF CONTENTS: Plaintiff's Exhibits 1, 2, 3. Ordered sealed 12/9/04 hgt

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT