United States District Court
Southern District of Texas
ENTERED

DEC 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BEATRICE EBEL, Individually and as Personal Representative of the Estate of PHILIP WAYNE EBEL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE,<br><br>Defendant. | CIVIL ACTION NO. B-03-102 |

## ORDER OF FINAL JUDGMENT AS TO CLAIMS AGAINST SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE AND ORDER SEALING COURT DOCUMENTS

BE IT REMEMBERED that on the 7th day of December, 2004, came on for hearing the above-styled and numbered cause, wherein the Plaintiff is BEATRIZ EBEL, Individually and as Personal Representative of the Estate of Philip Wayne Ebel, Deceased, and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE is the Defendant.

WHEREUPON the Parties came in person and by and through their attorneys of record; and the Court having proceeded to hear such cause when the Parties made known to the Court that, subject to the approval of the Court, a compromise and settlement has been reached in this cause as to any and all issues, claims, demands, or causes of action existing between the Plaintiff, BEATRIZ EBEL, Individually and as Personal Representative of the Estate of Philip Wayne Ebel, Deceased, and the Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, including, but not limited to, the injuries received as a result of the event made the basis of this suit, upon the terms that Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE pay a confidential sum to BEATRIZ EBEL, Individually and as Personal Representative of the Estate of Philip Wayne Ebel, Deceased, to be

paid in cash and in future periodic payments, as specified in Plaintiff's Exhibits 1, 2 and 3 all admitted under seal by Order of the Court.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims by Plaintiff Beatriz Ebel, Individually against SmithKline Beecham Corporation d/b/a GlaxoSmithKline are dismissed with prejudice by agreement, each party to pay its own costs of court.

The Court has heretofore appointed Oscar de la Fuente, a licensed practicing attorney in Cameron County, Texas, as ~~Guardian~~ *Attorney* Ad Litem to represent the interests of the decedent's minor children, ERIC EBEL and GABRIELA EBEL, and the ~~Guardian~~ *Attorney* Ad Litem of said minor children having been apprised of all matters of fact concerning the controversy and agreement and settlement thereof, and the agreement having been made known to the Court, whereupon, after having the pleadings read in this case, the Court thereupon called for evidence touching upon such compromise settlement and agreement; and it was announced that said compromise settlement was being made on a doubtful and disputed claim, the said Defendant having denied any liability of said Defendant, as well as the full nature and extent of all damages sustained by Plaintiff and the minor children, and the ~~Guardian~~ *Attorney* Ad Litem appointed herein, informing the Court that such agreement of settlement is in the best interests of the Minors, ERIC EBEL and GABRIELA EBEL; and the Court considering that the terms of the settlement agreement are in all respects reasonable, the Court does hereby approve the same and enter its Judgment based on such evidence of the payment of monetary benefits set forth in Plaintiff's Exhibits 1, 2 and 3 admitted under seal by Order of the Court.

It is therefore, ORDERED, ADJUDGED AND DECREED by the Court that ERIC EBEL and GABRIELA EBEL have and recover of and from the Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE the future periodic payments set out in Plaintiff's Exhibit 2 and Plaintiff's Exhibit 3 admitted under seal by Order of the Court.

It is further ORDERED, ADJUDGED AND DECREED that the Court, having appointed Oscar de la Fuente as ~~Guardian~~ *Attorney* Ad Litem for the minor children herein, finds that the sum of

$5,000.00 (FIVE THOUSAND Dollars and 00/100 Cents) shall be paid to him as the fee for his representation; it is, therefore,

ORDERED, ADJUDGED AND DECREED that the Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, shall pay the ~~Guardian~~ Attorney Ad Litem fee of $5,000.00 (FIVE THOUSAND Dollars and 00/100 Cents)

It is further ORDERED, ADJUDGED AND DECREED by the Court that this Judgment is fully and finally satisfied and discharged and no execution will ever issue thereon.

It is further ORDERED, ADJUDGED AND DECREED that any relief not herein granted against Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE is hereby specifically DENIED.

Any other claims against SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE are dismissed by operation of law.

Costs of Court shall be paid by each party incurring such costs.

To help effectuate the confidentiality agreement between the parties, the Court further ORDERS that Plaintiff's Exhibits 1, 2 and 3 admitted under seal at the December 7, 2004 Friendly Suit hearing shall remain kept under seal and shall not become public or be disclosed by any person, shall not be included in the public records of this case, and shall not be otherwise disclosed or permitted to come into the possession, control, or knowledge of any person other than the attorneys of record for the parties in this case, the Court's regular staff, the parties' attorneys, certified court reporters and their staffs, and the personnel of this Court.

IT IS FURTHER ORDERED that all persons gaining possession of Plaintiff's Exhibits 1, 2 and 3 admitted under seal at the December 7, 2004 Friendly Suit hearing and remaining under seal in accordance with this Order shall not disclose, transfer, or in any way allow Plaintiff's Exhibits 1, 2 and 3 to come into the possession of any other persons at any time.

   IT IS FURTHER ORDERED that the Clerk of the Court shall take notice of this Order and institute procedures to ensure that personnel of the court comply with the terms of this Order, including, but not limited to, marking Plaintiff's Exhibits 1, 2 and 3 sealed by this Order as being under seal of the Court and subject to this Order.

   SIGNED this the ___ day of December, 2004.

   _____
   JUDGE PRESIDING

APPROVED:

_____
Michael R. Cowen
Texas State Bar No. 00795306
Federal ID. No. 19967
520 E. Levee
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile:  (956) 504-3674

ATTORNEY FOR PLAINTIFFS

_____
Jamie A. Saenz
Rodriquez Colvin & Chaney L.L.P.
Post Office Box 2155
1201 East Van Buren
Brownsville, Texas 78522-2155
Tel: (956) 542-7441
Fax: (956) 542-2170

ATTORNEY FOR DEFENDANT
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE